UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA A. REVELS,

    Plaintiff,

v.

VERIZON BUSINESS aka: MCI PHONE CO.,

    Defendant.
_____/

Case No. 06-12083

Honorable Nancy G. Edmunds

## ORDER DISMISSING CASE

This matter has come before the Court upon its own motion.  In reviewing this case, the Court found it had no subject matter jurisdiction over this matter.

Plaintiff, acting pro se, filed a complaint alleging that MCI violated its service contract with Plaintiff by cutting-off features without notification and for failing to provide adequate service on a separate line for the internet.  Reading the complaint most liberally, as the court is required to do for a pro se plaintiff, Plaintiff attempts to make a state-law claim for breach of her service contract with MCI.  Plaintiff fails, however, to establish that this Court has diversity jurisdiction over this state-court claim.   Accordingly, Plaintiff's complaint is hereby DISMISSED.  Fed. R. Civ. P. 12(b)(1).

Plaintiff's motion to retain service is DENIED as moot.

SO ORDERED.

                    s/NANCY G. EDMUNDS
                    Nancy G. Edmunds
                    U.S. District Judge

Dated: May 10, 2006

    Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court hereby orders as follows:

                              s/NANCY G. EDMUNDS
                              Nancy G. Edmunds
                              United States District Judge

Dated:  May 10, 2006